UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MEDINA,<br><br>                Plaintiff,<br><br>        -v.-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTION; KISA SMALLS, WARDEN, NORTH INFIRMARY COMMAND, NEW YORK CITY DEPARTMENT OF CORRECTION; CITY OF NEW YORK; NEW YORK STATE DIVISION OF PAROLE,<br><br>                Defendants. | 20 Civ. 3985 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Plaintiff's order to show cause, docketed July 22, 2020. (Dkt. #20). Because the Court, by an order dated July 21, 2020 (Dkt. #19), previously granted Defendants' request for an extension to respond to Plaintiff's motion for a temporary restraining order and preliminary injunction, the Court hereby DENIES Plaintiff's order to show cause. By order dated July 21, 2020, Defendants have until August 5, 2020, to respond to Plaintiff's motion for a temporary restraining order and preliminary injunction. *Id.*

SO ORDERED.

Dated:  July 24, 2020
           New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge

*Sent by First Class Mail to:*

1. Anthony Medina
   241190428
   Rikers Island-North Infirmary
   Command 1500 Hazen Street
   East Elmhurst, NY 11370

2. Anthony Medina
   241190428
   Anna M. Kross Center
   18-18 Hazen Street
   East Elmhurst, NY 11370