**MEMO ENDORSED**

November 18, 2020

Hon. Katherine P. Failla
U.S. District Court
500 Pearl Street
New York NY 10007



RE: Medina v. NYC Corrections
20 CIV. 3985 (KPF)

Your Honor:

    By order dated November 4, 2020, (Dkt. No. 5), this Court directed that I show cause why my motion for a preliminary injunction is not moot being that I am now in the custody of the State of New York and no longer in Defendants' custody at Rikers Island.

    In response to the Court's inquiry, I hereby withdraw the motion for a preliminary injunction, as said motion is now moot being that I am now

in receipt of all the relief sought in the motion.

The Court's attention to this matter is appreciated.

Cordially,

Anty Med.

Anthony Medina 99A2999
Sullivan Corr. Facility
P.O. Box 116
Fallsburg, NY 12733

---

The Court is in receipt of Plaintiff's letter dated November 18, 2020, withdrawing his motion for a temporary restraining order. Accordingly, the Clerk of Court is hereby directed to terminate the motion at docket entry 13. Plaintiff's counsel is directed to send a copy of this Order to Plaintiff.

Dated:     December 1, 2020
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE